United States Courts
Southern District of Texas
FILED

FEB 27 2018

David J. Bradley, Clerk of Court

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § | CRIMINAL NO. |
| ENRIQUE VELEZ | § § | |

### CRIMINAL INDICTMENT

# 18 CR 111

THE GRAND JURY CHARGES THAT:

### INTRODUCTION

At all times material to this Indictment:

1.      The term "minor" is defined, pursuant to Title 18, United States Code, Section 2256(1), as

"any person under the age of eighteen years."

2.      The term "child pornography," for purposes of this Indictment, is defined, pursuant to Title

18, United States Code, Section 2256(8)(A), as:

> "any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where -
>
> (A)      the production of such visual depiction involves the use of a minor engaged in sexually explicit conduct."

3.      The term "sexually explicit conduct" is defined, pursuant to Title 18, United States Code,

Section 2256(2)(A), as any:

> "actual or simulated -
> (i)      sexual intercourse, including genital [to] genital, oral [to] genital, anal [to] genital, or oral [to] anal, whether between persons of the same or opposite sex; [or]
> (ii)      bestiality; [or]
> (iii)      masturbation; [or]
> (iv)      sadistic or masochistic abuse; or
> (v)      [the] lascivious exhibition of the genitals or pubic area of any person."

4.      The term "computer" is defined, pursuant to Title 18, United States Code, Sections 2256(6)

and 1030(e)(1), as any:

>   "electronic, magnetic, optical, electrochemical, or other high speed data processing device
>   performing logical, arithmetic, or storage functions, and includes any data storage facility or
>   communications facility directly related to or operating in conjunction with such device, but
>   such term does not include an automated typewriter or typesetter, a portable hand held
>   calculator or other similar device."

5.      The term "producing", for purposes of this Indictment, is defined, pursuant to Title 18,

United States Code, Section 2256(3) and case law, as:

>   "producing, directing, manufacturing, issuing, publishing or advertising" and includes
>   downloading or copying visual depictions from another source.

6.      The term "visual depiction" is defined, pursuant to Title 18, United States Code, Section

2256(5), as including, but is not limited to, any:

>   "undeveloped film and videotape, and data stored on compueter disk or by electronic means
>   which is capable of conversion into a visual image."

## COUNT ONE
### (Sexual Exploitation of Children)

On or about October 13, 2016, within the Southern District of Texas,

**ENRIQUE VELEZ,**

defendant herein, did attempt to employ, use, persuade, induce, entice and coerce a minor child, to

wit: Minor Victim #1, to engage in any sexually explicit conduct for the purpose of producing a

visual depiction of such conduct, and such visual depiction was transmitted using any means and

facility of interstate or foreign commerce, and the visual depiction was produced using materials that

had been mailed, shipped and transported in or affecting interstate and foreign commerce.

**In violation of Title 18, United States Code, Section 2251(a) & (e).**

## COUNT TWO
### (Enticement of a Minor)

On or about October 13, 2016, within the Southern District of Texas and within the jurisdictional of the Court,

**ENRIQUE VELEZ,**

defendant herein, did use a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice and coerce or attempt to persuade, induce, entice and coerce an individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which said defendant could be charged with a criminal offense, that is, Indecency with a Child, Texas Penal Code Section 22.11 and Aggravated Sexual Assault of a Child, Texas Penal Code Section 22.021.

**In violation of Title 18, United States Code, Section 2422(b).**

## COUNT THREE
### (Possession of Child Pornography)

On or about October 13, 2016, within the Southern District of Texas,

**ENRIQUE VELEZ,**

defendant herein, did knowingly possess material that contained an image of child pornography, which had been shipped and transported using any means and facility of interstate and foreign commerce, or which were produced using materials which have been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by computer, more specifically: the defendant possessed a Samsung Galaxy S7 cellular phone which contained

3

images of child pornography.

**In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).**

## NOTICE OF FORFEITURE
### 18 U.S.C. § 2253(a)

Pursuant to Title 18, United States Code, Section 2253(a)(2) and (a)(3), the United States gives the defendant notice that in the event of conviction for the offenses charged in Count One through Count Three of the Indictment, the United States will seek to forfeit all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offenses charged in Count One through Count Three; and all property, real and personal, used or intended to be used to commit or to promote the commission of the offenses charged in Count One through Count Three, or any property traceable to such property, including, but not limited to, the following:

A Samsung Galaxy S7 cellphone.

A True Bill:

Original Signature on File

Grand Jury Foreperson

RYAN K. PATRICK
United States Attorney

By:  *Kimberly Ann Leo*
Kimberly Ann Leo
Assistant United States Attorney
713-567-9465

4